UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>          Plaintiff,<br><br>v.<br><br>SAN DIEGO HOT DOG COMPANY,<br>INC. dba WIENERSCHNITEL, *et al.,*<br><br>          Defendants. | Civil No. 07-CV-720-L(JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE [doc. #7]** |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion [doc. #7] to dismiss this action in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: August 13, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28